# United States District Court
## Middle District of Louisiana

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>BLAKE DOUGLAS MIXON<br>(Defendant's Name) | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br>(For Offenses committed on or after November 1, 1987)<br><br>Criminal Number:   3:00CR00141-002<br><br>Mark Simmons<br>Defendant's Attorney |

**THE DEFENDANT:**
[✔]   admitted guilt to violation of condition(s) <u>I, II and III</u> of the term of supervision.
[ ]   was found in violation of condition(s) ___ after denial of guilt.

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| See next page. | | |

        The defendant is sentenced as provided in pages 2 through <u>3</u> of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]      The defendant has not violated condition(s) ___ and is discharged as to such violation(s) condition.

        IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

June 30, 2010
Date of Imposition of Sentence

*[signature]*
Signature of Judicial Officer

FRANK J. POLOZOLA, United States District Judge
Name & Title of Judicial Officer

July 15, 2010
Date

USA

AO 245 D (Rev. 1/01) Judgment in a Criminal Case for Revocation Sheet I

| | | Judgment - Page 2 of 3 |
|---|---|---|
| CASE NUMBER: | 3:00CR00141-002 | |
| DEFENDANT: | BLAKE DOUGLAS MIXON | |

## ADDITIONAL VIOLATION

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| I | The defendant committed another federal, state or local crime. | March 4, 2007 |
| II | The defendant failed to report to the probation officer within the first five days of each month. | December 1, 2006 |
| III | The defendant failed to notify the probation officer ten days prior to any change in residence. | January 22, 2007 |

AO 245B  (Rev. 03/01) Judgment in a Criminal Case
Sheet 2 - Imprisonment

CASE NUMBER:  3:00CR00141-002  Judgment - Page 3 of 3
DEFENDANT:  BLAKE DOUGLAS MIXON

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 12 months on each of counts I and II , to run concurrently.  This term of imprisonment shall run consecutively with any imprisonment sentence imposed in Docket Number 08-36-FJP-SCR, Middle District of Louisiana.

[✔]  The court makes the following recommendations to the Bureau of Prisons:
While in the custody of the Bureau of Prisons, the defendant shall be placed in a facility where he can receive mental health, substance abuse and anger management treatment.

[✔]  The defendant is remanded to the custody of the United States Marshal.

[ ]  The defendant shall surrender to the United States Marshal for this district.
[ ] at ___ on ___.
[ ] as notified by the United States Marshal.

[ ]  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
[ ] before _ on ___.
[ ] as notified by the United States Marshal.
[ ] as notified by the Probation or Pretrial Services Officer.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____
at _____ , with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
Deputy U.S. Marshal